IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-00261-02-CR-W-RK |
| FRANCIS CHENYI, SR., | |
| Defendant. | |

## SECOND AMENDED WITNESS LIST FOR TRIAL

The United States of America may call the following witnesses at the trial in the above-captioned case and requests leave to amend this list as necessary:

1. Martins A. Ayelomi, Certified Language Specialist
   Federal Bureau of Investigation

2. Neil Anderson, Special Agent
   Federal Bureau of Investigation

3. Scott Bakken, Special Agent
   Federal Bureau of Investigation

4. Jason (Jack) Barrow, Hazardous Device Examiner
   Federal Bureau of Investigation

5. Barry Berglund, Detective/Task Force Officer
   Kansas City, Missouri Police Department/Federal Bureau of Investigation (ret.)

6. Christopher Buscaglia, Special Agent
   Federal Bureau of Investigation

7. Cooperating Witness 1

8. Matthew Carpenter, Special Agent
   Federal Bureau of Investigation

9. Amy Corrigan, Examiner
   Heart of America Regional Computer Forensics Laboratory

10. Rachel Gould, Financial Analyst
    Federal Bureau of Investigation

11. Jacob Green, Special Agent
    Federal Bureau of Investigation

12. John Hessler, Supervisory Special Agent
    Federal Bureau of Investigation

13. P.M.

14. S.N.

15. Elizabeth Livingston, Senior Digital Forensic Examiner
    Federal Bureau of Investigation

16. Ladd Serwat, PhD

                                Respectfully submitted,

                                R. Matthew Price
                                United States Attorney

By   /s/ *Sean T. Foley*

      Sean T. Foley
      Assistant United States Attorney

      and

      */s/ Joseph M. Marquez*

      Joseph M. Marquez
      Assistant United States Attorney
      Charles Evans Whittaker Courthouse
      400 East Ninth Street, Room 5510
      Kansas City, Missouri 64106
      Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on November 24, 2025, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                                /s/ *Sean T. Foley*
                                                Sean T. Foley
                                                Assistant United States Attorney

3

Case 4:22-cr-00261-RK    Document 200    Filed 11/24/25    Page 3 of 3