# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| FRANCIS CHENYI, SR. | Case No. 22-00261-02/03-CR-W-RK |
| and | |
| LAH LANGMI NESTOR *a/k/a* LANGMI NESTOR, | |
| Defendants. | |

## FIRST AMENDED PROPOSED LIST OF EXHIBITS FOR TRIAL

Comes now the United States of America by the undersigned counsel and files the attached first amended list of exhibits which the Government may offer at the upcoming trial and requests leave to amend this list as needed.

Respectfully submitted,

R. Matthew Price
United States Attorney

By    /s/ *Sean T. Foley*

Sean T. Foley
Assistant United States Attorney

and

*/s/ Joseph M. Marquez*

Joseph M. Marquez
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on November 24, 2025, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                  /s/ *Sean T. Foley*
                                  Sean T. Foley
                                  Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| FRANCIS CHENYI, SR. | Case No. 22-00261-02/03-CR-W-RK |
| and | |
| LAH LANGMI NESTOR *a/k/a* LANGMI NESTOR, | |
| Defendants. | |

**LIST OF EXHIBITS FOR TRIAL**

| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, <u>de</u> <u>bene</u>. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Apple iPhone cellular phone, model no. XS Max (A1921) NT6F2LL/A, serial no. GR6Z410RKPHC belonging to Claude Chi |
| 2 | | | | Consent to Search Apple iPhone cellular phone, model no. XS Max (A1921) NT6F2LL/A, serial no. GR6Z410RKPHC (CHI_00027858) |
| 3 | | | | Apple iPhone 13 Pro Max, Model No. MLDR3LL/A, Serial No. DLQL034KG1 belonging to Claude Chi |
| 4 | | | | Apple iPhone 7 PLUS, WHITE, Model No. MN49ZLL/A, Serial No. FCR5T0KSHFXX belonging to Claude Chi |
| 5 | | | | Apple iPhone A1984 (iPhone XR) with IMEI 357349092886027 belonging to Nestor Langmi |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____          _____
PRINTED NAME                                                    SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 6 | | | | Samsung Galaxy Note8, Model SM-N95OU, IMEI: 35850508695101 containing SIM card bearing ICCID: 8901260175741008011 belonging to Francis Chenyi, Sr. |
| 7 | | | | Samsung Galaxy Note8, Model SM-N95OU, IMEI: 35850508492529 containing SIM card bearing ICCID: 8901260413796009109 belonging to Francis Chenyi, Sr. |
| 8 | | | | CHI_00033257 (Ladd Serwat CV) |
| 9 | | | | CHI_00009745 (Francis Chenyi, Sr. Interview Video Recording) |
| 10 | | | | CHI_00027877 (Francis Chenyi Sr. Advice of Rights) |
| 11 | | | | CHI_00044665 (Transcript of Francis Chenyi Sr. Interview) |
| 12 | | | | CHI_00027904-27918 (Chenyi Interview Exhibits) |
| 13 | | | | Partial Extraction Report – Bamessing Action Team - (CHI__00003529-3551) |
| 14 | | | | CHI_00003579 (fe13ac97-a9cc-452f-b4aa-8472d2352034.opus) |
| 15 | | | | CHI_00003571 (a51d1e9b-d036-4cf6-82d2-a85e23b9c41a.opus) |
| 16 | | | | CHI_00003565 (72e028b4-a7e8-4a27-bd49-e4fe00cd5e08.opus) |
| 17 | | | | CHI_00033307-33308 (Transcript of Translation of 72e028b4-a7e8-4a27-bd49-e4fe00cd5e08.opus) |
| 18 | | | | CHI_00003567 (801b39cf-76b8-4c93-91ea-2fecb7372e38.mp4) |
| 19 | | | | CHI_00003576 (cc487799-e900-4e43-a419-70a28bacd168.mp4) |
| 20 | | | | CHI_00003559 (45ea57bb-755e-43e4-ae8e-c4cb7c9dba21.jpg) |
| 21 | | | | CHI_00003557 (3edd2835-0d10-4221-8424-df1e0732befe.mp4) |
| 22 | | | | CHI_00003574 (bde3bf9d-8e2e-4174-a732-882ed2d9b609.jpg) |
| 23 | | | | Partial Extraction Report – 7 Participant WhatsApp Group (CHI_00005564) |
| 24 | | | | CHI_00005632 (11e644bd-312a-4b2f-a157-ac7fd176d69a.jpg) |
| 25 | | | | CHI_00005665 (c1d0f9e5-27eb-438a-bc23-5dd55bc95ccb.jpg) |
| 26 | | | | CHI_00005635 (2445e74c-de3b-4f59-897a-4f6cb8df12ca.jpg) |
| 27 | | | | CHI_00005650 (89f0357d-e754-4b7b-bd03-42ec674654a4.jpg) |
| 28 | | | | CHI_00005661 (ae6cb310-47b8-4965-a956-034fd3550156.jpg) |
| 29 | | | | CHI_00009743 (2838dee-a62d-489a-b504-b78ee9c2a95a.jpg) |
| 30 | | | | CHI_00009743 (34f18638-bb42-45df-9237-72fsfaf7bc40.jpg) |
| 31 | | | | CHI_00009743 (d22efbd5-11c0-4770-8c87-9b4b184e1e19.jpg) |
| 32 | | | | CHI_00009743 (4b829818-e462-435e-8ba8-32a4cfa3ddec.jpg) |
| 33 | | | | CHI_00005631 (0fe9aac1-d798-4a55-ae5e-f60eb4ac3565.jpg) |
| 34 | | | | CHI_00009743 a24d5520-fae4-4586-b625-ecc978310209.jpg |
| 35 | | | | CHI_00009743(304320fd-0ad8-43ce-a519-1c98427517cd.jpg) |
| 36 | | | | CHI_00009743 (e77c0fab-910f-4825-b9b5-3e5889a3301f.jpg) |
| 37 | | | | CHI_00009743 (4ec5b179-36bf-4eee-b810-71dba0674f9e.jpg) |
| 38 | | | | Partial Extraction Report – Chenyi Francis – Claude (owner) (CHI_00001208, 1235-1239, 1327, 1350, 1372, 1376-77, 1382, 1407-1408, 1519, 1526-1528) |

2

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 39 | | | | CHI_00001621 (3a8d622d-83f0-4b27-8e2d-dca945bc602a.opus) |
| 40 | | | | CHI_00001602 (270af449-37d4-4018-bb3e-dbbdf74de8a4.jpg) |
| 41 | | | | CHI_00001646 (4bc68960-e027-48f2-bf58-fc3ccdb8d4a7.opus) |
| 42 | | | | CHI_00033308-33309 (Transcript of Translation of 4bc68960-e027-48f2-bf58-fc3ccdb8d4a7.opus) |
| 43 | | | | CHI_00001817 (da1b4d28-d799-4c5a-8ee3-d65a82ebd1ef.jpg) |
| 44 | | | | CHI_00001695 (6ed79caa-f5ad-4e28-81d5-a89873d4b70f.jpg) |
| 45 | | | | CHI_00009729 (98170bc2-8ca2-48c8-b374-1adafddb011b.jpg) |
| 46 | | | | CHI_00001843 (faedc1b5-c9af-48a8-a492-39b675d1c916.jpg) |
| 47 | | | | CHI_00001852 (ff87f193-e11a-45e1-94d7-a8cb30d16d2d.jpg) |
| 48 | | | | CHI_00001602 (270af449-37d4-4018-bb3e-dbbdf74de8a4.jpg) |
| 49 | | | | CHI_00001817 (da1b4d28-d799-4c5a-8ee3-d65a82ebd1ef.jpg) |
| 50 | | | | Partial Extraction Report – Ndoprize – Claude (owner) (CHI_00003186, 3188) |
| 51 | | | | Partial Extraction Report - Ngoketunjia County (owner) – Comrade Langmi Nestor (CHI_00045703-45704) |
| 52 | | | | RESERVED |
| 53 | | | | Partial Extraction Report – Capt. Fire @ Bamunka – Claude (owner) (CHI_00038661, 38682-38687, 38702) |
| 54 | | | | CHI__00038766 (e200a03a-12d2-463f-a202-c1a31c6f86f1.jpg) |
| 55 | | | | CHI__00038660 (07eb7d79-bb64-4915-ab74-129a81f2a9f0.jpg) |
| 56 | | | | CHI__00038764 (4439bdb2-85de-4627-8882-2d193698bf54.jpg) |
| 57 | | | | CHI__00038765 (b53b62c3-83be-4103-9ac8-cd9514d9ae09.jpg) |
| 58 | | | | CHI__00038767 (f0919464-d629-4d77-93cf-f421f9088447.jpg) |
| 59 | | | | CHI__00038763 (347b5e07-3951-4704-9161-1fce8640ca85.jpg) |
| 60 | | | | Partial Extraction Report – chairman temp – Claude (owner) (CHI_00000027, 33-36, 49, 80-81) |
| 61 | | | | CHI_000000204 (2979c1a2-4f78-4fd1-bed7-7c2778f3a087.mp4) |
| 62 | | | | CHI_000000202 (24733038-ec59-46b8-bc30-b0a437d565ab.jpg) |
| 63 | | | | CHI_000000350 (c2fc11d6-1263-443c-b5f6-aaefad8e3888.jpg) |
| 64 | | | | CHI_000000237 (53988630-95d4-4875-a9be-e15ed960eb83.jpg) |
| 65 | | | | CHI_000000344 (b3d9ff6c-d613-416e-a459-2bf4001ba590.jpg) |
| 66 | | | | CHI_000000438 (fb733a5c-1d61-4d9a-b296-f5d3327d299f.docx) |
| 67 | | | | CHI_000000253 (8243979b-6154-4989-9bed-ffc69c52a371.jpg) |
| 68 | | | | CHI_000000238 (582c8d1e-d0d7-49e2-ae40-63a4f3efb11d.mp4) |
| 69 | | | | Partial Extraction Report Once Upon a Time (owner) – chairman temp (CHI_38502-38549, 38574-38575, 38589-38590, 38594-38597, 38608-38610) |
| 70 | | | | CHI__00038655 (d2fc0159-8517-46c5-8efb-fef4dffaf1d9.jpg) |
| 71 | | | | CHI__00038657 (e6f071cd-8989-4126-83ee-463477b2c0c9.jpg) |
| 72 | | | | CHI__00038495 (086faea2-c0d6-40d4-9597-1c19ac72035e.jpg) |
| 73 | | | | CHI__00038499 (95fea8e7-fab1-48db-b86c-abd4ad861541.jpg) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 74 | | | | CHI__00038497 (67cef518-b162-4ec3-9154-316fbb3c758f.docx) |
| 75 | | | | CHI__00038659 (f8b0bf93-d913-4a3e-844a-c0f6887073c7.docx) |
| 76 | | | | CHI__00038656 (d7161c4d-ad6d-4140-aba8-c71e3821cdfd.mp4) |
| 77 | | | | CHI__00038500 (bd731f26-dc0c-4fc3-aaf7-9fa07daffcc5.mp4) |
| 78 | | | | CHI__00038496 (54d68378-d6d4-40e9-9607-183e2ed4369a.mp4) |
| 79 | | | | CHI__00038658 (f1d144a1-c718-473b-a656-967425dfcb4a.mp4) |
| 80 | | | | CHI__00038501 (c219bd1f-83f2-4e94-9e88-f07061ffc081.mp4) |
| 81 | | | | CHI__00038498 (7b0e2e1c-74d8-4f30-aaaf-76cefed22f60.mp4) |
| 82 | | | | Partial Extraction Report – 44 Participant WhatsApp Group (CHI_00024201-24203,24229-24235, 24307, 24310-24311) |
| 83 | | | | RESERVED |
| 84 | | | | CHI__00035090 (c9b476bc-4252-4a3a-a9b8-dcb40b815876.opus) |
| 85 | | | | CHI__00035088 (1ce7346b-8da6-490e-aed1-6d854e930cf9.thumb) |
| 86 | | | | Partial Extraction Report – [Individual] Spokesperson – Claude (owner) (CHI_0002343, 2393-2394) |
| 87 | | | | CHI_00002437 (6fce8199-0140-4cd3-b14b-02a7019fdd9c.mp4) |
| 88 | | | | CHI__00050371 - Transcript of CHI_00002437 (6fce8199-0140-4cd3-b14b-02a7019fdd9c.mp4) |
| 89 | | | | CHI_00002452 (88d64fa3-5a14-4abc-9e57-a40df5f7212b.mp4) |
| 90 | | | | CHI__00050373 - Transcript CHI_00002452 (88d64fa3-5a14-4abc-9e57-a40df5f7212b.mp4) |
| 91 | | | | Partial Extraction Report – [Individual #1] – Claude (owner) (CHI_0002854, 2866-2878, 2990) |
| 92 | | | | CHI__00035092 (74448424-6699-462b-9341-4f4b284d7bd7.jpg) |
| 93 | | | | CHI_00002945 (4a1c0dd5-9efd-4290-a560-2563494a582e.jpg) |
| 94 | | | | CHI_00002969 (d1af9aaf-af13-48de-b8cb-65eecea9060e.jpg) |
| 95 | | | | CHI__00035097 (f6028d6b-d04a-4cee-989e-943495d03cb7.jpg) |
| 96 | | | | CHI__00035093 (80b4a374-528b-4bf7-87dd-9633376eb7e6.jpg) |
| 97 | | | | CHI__00035094 (9ec85f72-e440-4aa5-a7bb-36c4048c8ac1.jpg) |
| 98 | | | | CHI__00035095 (ce372b36-158f-47d3-b516-bb75fae08435.jpg) |
| 99 | | | | Partial Extraction Report – Frank (owner) – General Spoiler @ Bamali (CHI_00035098, 35102-35110) |
| 100 | | | | CHI_00038771 - VID-20201106-WA0016.mp4 |
| 101 | | | | CHI_00027086 - IMG-20201107-WA0048.jpg |
| 102 | | | | Partial Extraction Report – Chenyi (Ngoketunjia County) - Individual #1 - Chenyi (CHI_00038182-38185, 38206-38208, 38218, 38222-38224, 38229, 38234, 38237-38339, 38267-00038271, 38425-38426) |
| 103 | | | | CHI__00038177 (IMG-20210123-WA0006.jpg) |
| 104 | | | | CHI__00038178 (IMG-20210123-WA0007.jpg) |
| 105 | | | | CHI_00027086 - IMG-20220316-WA0152.jpg |
| 106 | | | | CHI__00038181 (Ngo_FUNDS REQUISITION FORM FOR MARSHAL 4 POPCORN SHAO MAO 29 JUNE 2021.pdf |

4

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 107 | | | | CHI__00038179 (IMG-20210630-WA0009.jpg) |
| 108 | | | | Partial Extraction Report – Chenyi (Ngoketunjia County) – Shey (CHI_00043914, 43914, 439169) |
| 109 | | | | CHI_00027086 (IMG-20201203-Wa0006.jpg) |
| 110 | | | | Partial Extraction Report – Frank (owner) – Shey (CHI_00043917, 44011-44013) |
| 111 | | | | (CHI_00027086) VID-20201106-WA0063.mp4 |
| 112 | | | | (CHI_00027086) VID-20201106-WA0064.mp4 |
| 113 | | | | (CHI_00027086) VID-20201110-WA0029.mp4 |
| 114 | | | | (CHI_00027086) VID-20201110-WA0026.mp4 |
| 115 | | | | Partial Extraction Report – Langmi – The Engineer (CHI_00034055-34066, 34070-34079, 34081-34089, 34096-34115, 34120, 34124-34128, 34135-34136, 34138-34146, 34148-34149, 34184, 34191, 34195-34197, 34209, 34211-34218, 34227-34242, 34245-34247, 34254-34262, 34274-34290, 34292-34294, 34303-34307, 34310-34313, 34337-34350) |
| 116 | | | | CHI_00034550 (26e5436b-6b2f-4a45-b967-225f2ba77705.jpg) |
| 117 | | | | CHI_00034636 (6dc29f01-3355-4970-a42f-b4195ab63f4c.mp4) |
| 118 | | | | CHI_00034770 (d36e3d73-80f0-49e4-bb4e-445742500d5b.jpg) |
| 119 | | | | CHI_00034895 (56298e3a-7213-4c79-8dd8-b380461d02d3.mp4) |
| 120 | | | | CHI_00034613 (57407743-77cb-4e4d-9c9f-21bacc68fdf9.mp4) |
| 121 | | | | CHI_00034694 (9bb9072e-24d5-47c6-ac5f-63cef64608f5.mp4) |
| 122 | | | | CHI_00034855 (235b1e9f-e848-4214-8fbf-ab9d8002ee5c.jpg) |
| 123 | | | | CHI_00034554 (291c5e5e-fded-44ab-980e-35a3702c6b00.opus) |
| 124 | | | | CHI_00050367 - Transcript 291c5e5e-fded-44ab-980e-35a3702c6b00.opus |
| 125 | | | | CHI_00034931 (87601025-64e7-4905-8efb-756f1d78c73b.jpg) |
| 126 | | | | CHI_00034513 (0dda6da5-9640-4dfe-a68e-c827b7b17932.opus) |
| 127 | | | | CHI__00050364 - Transcript 0dda6da5-9640-4dfe-a68e-c827b7b17932.opus |
| 128 | | | | CHI_00034809 (fb4c4946-cdac-45e9-9bc8-2230df437d99.mp4) |
| 129 | | | | CHI_00034523 (189c6369-e29b-4d29-b662-1d93574c3391.opus) |
| 130 | | | | CHI__00050365 - Transcript 189c6369-e29b-4d29-b662-1d93574c3391.opus |
| 131 | | | | CHI__00034501 (07c71d21-43c7-4db5-8a24-30aeda183deb.opus) |
| 132 | | | | CHI__00050363 - Transcript 07c71d21-43c7-4db5-8a24-30aeda183deb.opus |
| 133 | | | | CHI_00034537 (1f9a6e02-7e53-47eb-abda-fbbfea8345ec.opus) |

5

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 134 | | | | CHI__00050366 - Transcript 1f9a6e02-7e53-47eb-abda-fbbfea8345ec.opus |
| 135 | | | | CHI__00034683 (9648f68a-0c34-4607-9329-2fea97955029.opus) |
| 136 | | | | CHI__00050374 - Transcript 9648f68a-0c34-4607-9329-2fea97955029.opus |
| 137 | | | | CHI_00034704 (a6008392-bae2-4d5b-b630-05d756a62f70.mp4) |
| 138 | | | | CHI_00034577 (3b2c8867-07f5-4c32-98d5-ea928d41bbe2.mp4) |
| 139 | | | | CHI_00034611 (55e30bdd-b85b-4c25-b97d-f6265fae147d.mp4) |
| 140 | | | | CHI_00034774 (d695187e-b06e-4364-8200-7d87faddbf19.jpg) |
| 141 | | | | CHI_00034528 (1ac90c72-3387-4971-90e4-99124dc982bd.jpg) |
| 142 | | | | CHI_00034626 (635d7d0c-2909-4613-b0c2-d62371d59c93.opus) |
| 143 | | | | CHI__00050370 - Transcript 635d7d0c-2909-4613-b0c2-d62371d59c93.opus |
| 144 | | | | CHI_00034627 (64e2467a-9da8-483c-a427-c6abebb5d7a4.jpg) |
| 145 | | | | CHI_00034659 (80959f7e-088d-4916-8b83-70b03bc495ec.opus) |
| 146 | | | | CHI__00050372 - Transcript 80959f7e-088d-4916-8b83-70b03bc495ec.opus |
| 147 | | | | CHI_00034568 (35bc3873-8e62-4636-b7a6-d242d211c872.opus) |
| 148 | | | | CHI__00050368 - Transcript 35bc3873-8e62-4636-b7a6-d242d211c872.opus |
| 149 | | | | CHI_00034632 (69dc9952-85f2-4ba6-bf22-1dd804527c6b.mp4) |
| 150 | | | | CHI_00034690 (9a56523e-25a0-4005-a18c-a0d03726df77.opus) |
| 151 | | | | CHI__00050375 - Transcript 9a56523e-25a0-4005-a18c-a0d03726df77.opus |
| 152 | | | | CHI_00034687 (97e2329f-a983-45b7-9afd-7136982c2706.mp4 |
| 153 | | | | CHI_00034686 (9730800d-fbcb-4fef-9cd7-6b4cb1f5613d.mp4 |
| 154 | | | | CHI_00034714 (aa1f805e-22ad-42cf-9004-0f18e074a72c.mp4) |
| 155 | | | | CHI_00034726 (b3ba678e-dc33-46b4-a54d-ecb50a84856b.jpg) |
| 156 | | | | CHI_00034535 (1df2b9f5-2fff-4979-a858-530f768f2ea9.mp4) |
| 157 | | | | CHI_00034749 (c6a399fb-5dd4-47c0-8322-adaed44689d8.mp4) |
| 158 | | | | CHI_00034711 (a953730d-a290-471a-8d16-185c4f929982.mp4) |
| 159 | | | | CHI_00034600 (4b7d58f8-0df1-47ee-900b-f2103a3c6134.mp4) |
| 160 | | | | CHI_00034624 (6254411f-0404-4219-beec-e3b50b4aec80.opus) |
| 161 | | | | CHI__00050369 - Transcript 6254411f-0404-4219-beec-e3b50b4aec80.opus |
| 162 | | | | CHI__00034802 (f2939198-d040-4f88-9ff6-e2ce42530248.opus) |
| 163 | | | | CHI__00050362 - Transcript f2939198-d040-4f88-9ff6-e2ce42530248.opus |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 164 | | | | Partial Extraction Report – Langmi – Frank Chairman (CHI_00035812, 35823-35824, 35913-35915, 35922-35924, 35934-35937, 36254, 36256, 36334-36335, 36439-36443) |
| 165 | | | | CHI_00036548 (64a12857-5638-4a05-9c77-f480fd44bd3e.jpg) |
| 166 | | | | CHI_00035811 (4861e9a3-fe7b-4a38-8f6f-2b625a06fde7.jpg) |
| 167 | | | | CHI_00035810 (15ad81f3-71ee-4fba-b131-dd5e9f9b721a.jpg) |
| 168 | | | | Partial Extraction Report – Langmi – Chenyi (Chenui) (CHI_00036549, 37443-37445) |
| 169 | | | | RESERVED |
| 170 | | | | RESERVED |
| 171 | | | | Partial Extraction Report – Langmi – Individual #1 (CHI_00035130, 35403, 35405, 35410, 35568-35587) |
| 172 | | | | Partial Extraction Report – Langmi – Individual #1 (CHI_00037492, 38165-38166, 38171) |
| 173 | | | | CHI_00037491 (f9e95384-37db-4024-aa03-1db04d754296.mp4) |
| 174 | | | | CHI_00037490 (de996f4f-4df9-4fa8-8daa-1f21abf32af3.jpg) |
| 175 | | | | CHI_00038770 (872b9b08-fa4e-4b33-a1b4-09011fa4f97b.mp4) (Chi First Extraction) |
| 176 | | | | CHI_00038768 (1aa7980f-cff9-4aa4-9d39-8469370b81c3.mp4) (Chi First Extraction) |
| 177 | | | | CHI_00038771 (8ecb2e20-2e7f-4c15-a354-e1ed067e2250.mp4) (Chi First Extraction) |
| 178 | | | | Partial Extraction Report – Langmi – Chenyi (Ngokentunjia County) |
| 179 | | | | RESERVED |
| 180 | | | | CHI_00033404 (Undaunted Video – Complete) |
| 180a | | | | CHI_00044406 (Clip of Undaunted Video - time stamp 1:15:00-1:17:15) |
| 180b | | | | CHI_00044407 (Clip of Undaunted Video - time stamp 1:19:20-1:19:30) |
| 181 | | | | CHI_00050379 (Transcript of Undaunted Video – Complete) |
| 181a | | | | CHI_00050377 (Transcript of Undaunted Video - time stamp 1:15:00-1:17:15) |
| 181b | | | | CHI_00050378 (Transcript of Undaunted Video - time stamp 1:19:20-1:19:30) |
| 182 | | | | CHI__00043913 (IMG_1848) (Chi Second Extraction) |
| 183 | | | | CHI__00043910 (IMG_566) (Chi Second Extraction) |
| 184 | | | | CHI__00043909 (IMG_0525) (Chi Second Extraction) |
| 185 | | | | CHI__00043913 (IMG_0832) (Chi Second Extraction) |
| 186 | | | | CHI__00043912 (IMG_0786) (Chi Second Extraction) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 187 | | | | CHI__00043911 (IMG_0654) (Chi Second Extraction) |
| 188 | | | | RESERVED |
| 189 | | | | IMG_0566 (Chi Second Extraction) |
| 190 | | | | IMG_0638 (Chi Second Extraction) |
| 191 | | | | 983e1068-288a-4206-9059-059b2b69a5cf.mp4 (Chi Second Extraction) |
| 192 | | | | CHI_00034744 (c2bc4c6a-1001-4bf3-b2a3-207467983a0e.jpg) (From Langmi – Engineer) |
| 193 | | | | CHI_00050417 (Partial Extraction – Frank (owner) (816) – Dona - Chat re Fon Payment) |
| 194 | | | | CHI_00050418 (Partial Extraction – Frank (owner) (816) – Dona - Chat re 25 popcorn project on 5/10/2020) |
| 195 | | | | CHI_00050419 (Partial Extraction – Frank (owner) (816) – Dona - Chat re 25 popcorn project on 5/22/2020) |
| 196 | | | | CHI_00050420 (Partial Extraction – Frank (owner) (816) – Dona - Chat re popcorn bottles 25 big and 4 small on 6/24/2020) |
| 197 | | | | CHI_00050421 (Partial Extraction – Frank (owner) (816) – Dona - Chat re County Popcorn Project - 6/25/2020) |
| 198 | | | | CHI_000 (Partial Extraction Chenyi (816) – Comrade Langmi Nestor - 3 from Boyo, 5 from baba1, 4 sponsored by Babessi lga, 2 from Balikumbat Total = 14 popcorns in Ngoketunjia) |
| 199 | | | | CHI_000 (Partial Extraction Chenyi (816) – Comrade Langmi Nestor – Pls send 750k to 672165538 Tafili beltus) |
| 200 | | | | RESERVED |
| 201 | | | | RESERVED |
| 202 | | | | CHI_00044791-00408 (Filings) |
| 203 | | | | CHI_00034054 (Photograph from Wikipedia re: Limbe Stadium) |
| 204 | | | | CHI_00034053 (Photograph from Wikipedia re Limbe Stadium) |
| 205 | | | | CHI_00033403 (Facebook Interview of Langmi) |
| 206 | | | | CHI_00033264 (Jack Barrow, PhD CV) |
| 207 | | | | Stipulation re: Business Records |
| 208 | | | | Stipulation re: Digital Evidence Stipulation |
| 209 | | | | Stipulation re: Translation Transcript |
| 210 | | | | CHI_00010396-10398 (Ebay Records) |
| 211 | | | | CHI_00010395 (Ebay Bidding Report - francis.chenyi) |
| 212 | | | | CHI_000033410 (Ebay Certificate of Authentication - francis.chenyi) |
| 213 | | | | CHI_00010483 (PayPal Records re Francis Chenyi) |
| 214 | | | | CHI_00010507 (PayPal Transactions – Chenyi 1256232363958671690) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 215 | | | | CHI_00044772-44776 (PayPal Certificate of Authentication) |
| 216 | | | | CHI_00013099 (Square CashApp Records – Chi) |
| 217 | | | | CHI_00013097 (Square CashApp Certificate of Records – Chi) |
| 218 | | | | CHI_00010613-00010614 (Square CashApp Records – Chenyi) |
| 219 | | | | CHI_00013108 (Square Certificate of Records – Chenyi) |
| 220 | | | | CHI_00013099 (Square CashApp Return – Chi) |
| 221 | | | | CHI_00013110 (Square CashApp Return – Chenyi) |
| 222 | | | | CHI_00043902 (Summary Exhibit re Financial Analyst) |
| 223 | | | | CHI_00010402-10404 (PayPal Grand Jury Subpoena – Chi and Chenyi) |
| 224 | | | | RESERVED |
| 225 | | | | RESERVED |
| 226 | | | | CHI_00027267 (Photograph of Remotes from Chenyi First Extraction) |
| 227 | | | | CHI_000272270 (Photograph of Items from Chenyi First Extraction) |
| 228 | | | | CHI_00027274 (Photograph of Remotes and Battery from Chenyi First Extraction) |
| 229 | | | | CHI_00027402 (Photograph of Gas Bottles) |
| 220 | | | | CHI_0027473 (Photograph of Gas Bottles) |
| 231 | | | | CHI_00027489 (Photograph of Gas Bottles) |
| 232 | | | | CHI_00027402 (Photograph of Cell Phone and Wires) |
| 233 | | | | CHI_00027455 (Photograph of Popcorn Expenses) |
| 234 | | | | CHI_00027466 (Photograph of Fako Popcorn Project) |
| 235 | | | | CHI_00027537 (Photograph of Grenades) |
| 236 | | | | CHI_00027544 (Photograph of Plastic Bottle IED) |
| 237 | | | | CHI_00013429 (World Remit Transactions - Francis Chenyi (WR661570/fchenyi@yahoo.com/8169162425)) |
| 238 | | | | CHI_00013417 (World Remit GJ Subpoena) |
| 239 | | | | RESERVED |
| 240 | | | | RESERVED |
| 241 | | | | CHI_00010508 (PayPal TransactionLog-1327049785131749590-1621906776 (Francis Chenyi /ngoketunjiacounty@gmail.com Account)) |
| 242 | | | | CHI_00010557 (PayPal TransactionLog-2216155177166430973-1621910735 (Francis Chenyi /ambaspecialprojects@gmail.com Account)) |
| 243 | | | | CHI_00010560 (PayPal TransactionLog-1380621684974161403-1621883232 (Claude Chi/claudechi2004@gmail.com Account)) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 244 | | | | CHI_00010507 (PayPal TransactionLog- 1256232363958671690-1621912697 (Francis Chenyi /fchenyi@yaooo.com Account)) |
| 245 | | | | CHI_00010520 (PayPal Account Summary-1327049785131749590-1621906776 (Francis Chenyi /ngoketunjiacounty@gmail.com Account)) |
| 246 | | | | CHI_00010526 (PayPal Account Summary-2216155177166430973-1621910735 (Francis Chenyi /ambaspecialprojects@gmail.com Account)) |
| 247 | | | | CHI_00010535 (PayPal Account Summary-1380621684974161403-1621883232 (Claude Chi/claudechi2004@gmail.com Account)) |
| 248 | | | | CHI_00010483 (PayPal Account Summary-1256232363958671690-1621912697 (Francis Chenyi /fchenyi@yahoo.com Account)) |
| | | | | |
| | | | | |