nameIN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| FRANCIS CHENYI, SR. | Case No. 22-00261-02/03-CR-W-RK |
| and | |
| LAH LANGMI NESTOR<br>*a/k/a* LANGMI NESTOR, | |
| Defendants. | |

## **SECOND AMENDED PROPOSED LIST OF EXHIBITS FOR TRIAL**

Comes now the United States of America by the undersigned counsel and files the attached

first amended list of exhibits which the Government may offer at the upcoming trial and requests

leave to amend this list as needed.

Respectfully submitted,

R. Matthew Price
United States Attorney

By      /s/ *Sean T. Foley*

Sean T. Foley
Assistant United States Attorney

and

*/s/ Joseph M. Marquez*

Joseph M. Marquez
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on November 29, 2025, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

/s/ *Sean T. Foley*
Sean T. Foley
Assistant United States Attorney

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| v. | | |
| FRANCIS CHENYI, SR. | | Case No. 22-00261-02/03-CR-W-RK |
| and | | |
| LAH LANGMI NESTOR *a/k/a* LANGMI NESTOR, | | |
| Defendants. | | |

## LIST OF EXHIBITS FOR TRIAL

| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, <u>de</u> <u>bene</u>. |
|---|---|---|---|---|---|
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Apple iPhone cellular phone, model no. XS Max (A1921) NT6F2LL/A, serial no. GR6Z410RKPHC belonging to Claude Chi |
| 2 | | | | Consent to Search Apple iPhone cellular phone, model no. XS Max (A1921) NT6F2LL/A, serial no. GR6Z410RKPHC (CHI_00027858) |
| 3 | | | | Apple iPhone 13 Pro Max, Model No. MLDR3LL/A, Serial No. DLQL034KG1 belonging to Claude Chi |
| 4 | | | | Apple iPhone 7 PLUS, WHITE, Model No. MN49ZLL/A, Serial No. FCR5T0KSHFXX belonging to Claude Chi |
| 5 | | | | Apple iPhone A1984 (iPhone XR) with IMEI 357349092886027 belonging to Nestor Langmi |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____
PRINTED NAME

_____
SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 6 | | | | Samsung Galaxy Note8, Model SM-N95OU, IMEI: 35850508695101 containing SIM card bearing ICCID: 8901260175741008011 belonging to Francis Chenyi, Sr. |
| 7 | | | | Samsung Galaxy Note8, Model SM-N95OU, IMEI: 35850508492529 containing SIM card bearing ICCID: 8901260413796009109 belonging to Francis Chenyi, Sr. |
| 8 | | | | CHI_00033257-33263 (Ladd Serwat CV) |
| 9 | | | | CHI_00009745 (Francis Chenyi, Sr. Interview Video Recording) |
| 10 | | | | CHI_00027877 (Francis Chenyi Sr. Advice of Rights) |
| 11 | | | | CHI_00044665-44771 (Transcript of Francis Chenyi Sr. Interview) |
| 12 | | | | CHI_00027904-27918 (Chenyi Interview Exhibits) |
| 13 | | | | Partial Extraction Report – Bamessing Action Team - (CHI_00003529-3550) |
| 14 | | | | CHI_00003579 (fe13ac97-a9cc-452f-b4aa-8472d2352034.opus) (Chenyi audio message regarding popcorn/remotes) |
| 15 | | | | CHI_00003571 (a51d1e9b-d036-4cf6-82d2-a85e23b9c41a.opus) (Chenyi audio message regarding popcorn) |
| 16 | | | | CHI_00003565 (72e028b4-a7e8-4a27-bd49-e4fe00cd5e08.opus) (Chenyi audio message about IEDs) |
| 17 | | | | CHI_00033307-33308 (Transcript of Translation of 72e028b4-a7e8-4a27-bd49-e4fe00cd5e08.opus) |
| 18 | | | | CHI_00003567 (801b39cf-76b8-4c93-91ea-2fecb7372e38.mp4) (Video of IED attack) |
| 19 | | | | CHI_00003576 (cc487799-e900-4e43-a419-70a28bacd168.mp4) (Video request for apparent components) |
| 20 | | | | CHI_00003559 (45ea57bb-755e-43e4-ae8e-c4cb7c9dba21.jpg) (Photograph of remotes and relays) |
| 21 | | | | CHI_00003557 (3edd2835-0d10-4221-8424-df1e0732befe.mp4) (Video of remotes, relays, and switches) |
| 22 | | | | CHI_00003574 (bde3bf9d-8e2e-4174-a732-882ed2d9b609.jpg) (Photograph of 200K receipt dated 1/12/2021) |
| 23 | | | | Partial Extraction Report – 7 Participant WhatsApp Group (CHI_00005564-5629) (IED requisitions, approvals, and payments) |
| 24 | | | | CHI_00005632 (11e644bd-312a-4b2f-a157-ac7fd176d69a.jpg) (Photograph of 200,000cfa approval for IEDs dated 5/9/2020) |
| 25 | | | | CHI_00005665 (c1d0f9e5-27eb-438a-bc23-5dd55bc95ccb.jpg) (Photograph of 200,000cfa receipt dated 5/10/2020) |
| 26 | | | | CHI_00005635 (2445e74c-de3b-4f59-897a-4f6cb8df12ca.jpg) (Photograph of 375,000cfa approval for IEDs dated 5/21/2020) |
| 27 | | | | CHI_00005650 (89f0357d-e754-4b7b-bd03-42ec674654a4.jpg) (Photograph of 176,000cfa receipt dated 5/26/2020) |
| 28 | | | | CHI_00005661 (ae6cb310-47b8-4965-a956-034fd3550156.jpg) (Photograph of Langmi request, approved by Chenyi dated 6/6/2020 |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 29 | | | | CHI_00009743 (2838dee-a62d-489a-b504-b78ee9c2a95a.jpg) (Photograph of Chenyi 650,000cfa approval for IEDs dated 6/22/2020) |
| 30 | | | | CHI_00009743 (34f18638-bb42-45df-9237-72fsfaf7bc40.jpg) (Photograph of 500,000 receipt dated 6/24/2020) |
| 31 | | | | CHI_00009743 (d22efbd5-11c0-4770-8c87-9b4b184e1e19.jpg) (Photograph of Langmi request, Cheyni approval of 3.8M dated 7/8/2020) |
| 32 | | | | CHI_00009743 (4b829818-e462-435e-8ba8-32a4cfa3ddec.jpg) (Photograph of of 3M receipt dated 7/11/2020) |
| 33 | | | | CHI_00005631 (0fe9aac1-d798-4a55-ae5e-f60eb4ac3565.jpg) (Photograph of Langmi request, Chenyi approval $6K dated 7/2/2020) |
| 34 | | | | CHI_00009743 a24d5520-fae4-4586-b625-ecc978310209.jpg (Photograph of Langmi request, Chenyi approval 2.5M dated 7/18/2020) |
| 35 | | | | CHI_00009743(304320fd-0ad8-43ce-a519-1c98427517cd.jpg) (Photograph of Chenyi's 415K approval for IEDs dated 7/24/2020) |
| 36 | | | | CHI_00009743 (e77c0fab-910f-4825-b9b5-3e5889a3301f.jpg) (Photograph of 4.215M receipt dated 8/4/2020) |
| 37 | | | | CHI_00009743 (4ec5b179-36bf-4eee-b810-71dba0674f9e.jpg) (Photo of 650,000cfa receipt dated 8/9/2020) |
| 38 | | | | Partial Extraction Report – Chenyi Francis – Claude (owner) (CHI_00001208, 1235-1239, 1327, 1350, 1372, 1376-1386, 1407-1408, 1519, 1526-1528) (DO Office / Capt. Fire / Requisitions) |
| 39 | | | | CHI_00001621 (3a8d622d-83f0-4b27-8e2d-dca945bc602a.opus) (Chenyi forwarded audio message from Cameroonian) |
| 40 | | | | CHI_00001602 (270af449-37d4-4018-bb3e-dbbdf74de8a4.jpg) (Photograph of 500,000 receipt) |
| 41 | | | | CHI_00001646 (4bc68960-e027-48f2-bf58-fc3ccdb8d4a7.opus) (Chenyi audio message) |
| 42 | | | | CHI_00033308-33309 (Transcript of Translation of 4bc68960-e027-48f2-bf58-fc3ccdb8d4a7.opus) |
| 43 | | | | CHI_00001817 (da1b4d28-d799-4c5a-8ee3-d65a82ebd1ef.jpg) (Photograph of expenses related to IEDs) |
| 44 | | | | CHI_00001695 (6ed79caa-f5ad-4e28-81d5-a89873d4b70f.jpg) (Photograph of Chenyi's 415,000cfa approval for IEDs dated 7/24/2020) |
| 45 | | | | CHI_00009729 (98170bc2-8ca2-48c8-b374-1adafddb011b.jpg) (Photograph of numbers and amounts) |
| 46 | | | | CHI_00001843 (faedc1b5-c9af-48a8-a492-39b675d1c916.jpg) (Photograph of Langmi request, Chenyi approval 3.8M dated 7/8/2020) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 47 | | | | CHI_00001852 (ff87f193-e11a-45e1-94d7-a8cb30d16d2d.jpg) (Photograph of revised request, Chenyi approval 3.8M dated 7/7/2020) |
| 48 | | | | CHI_00001602 (270af449-37d4-4018-bb3e-dbbdf74de8a4.jpg) (Photograph of 500K receipt dated 6/24/2020) |
| 49 | | | | CHI_00001817 (da1b4d28-d799-4c5a-8ee3-d65a82ebd1ef.jpg) (Photograph of of statement related to IEDs dated 6/2020) |
| 50 | | | | Partial Extraction Report – Individual – Claude (owner) (CHI_00003186, 3188) (Ndoprize - DO office chat from 6/2020) |
| 51 | | | | Partial Extraction Report - Ngoketunjia County (owner) – Comrade Langmi Nestor (CHI_00045700-45704) (Langmi/Chenyi 14 IED (popcorn) discussion – 8/27/2020) |
| 52 | | | | RESERVED |
| 53 | | | | Partial Extraction Report – Capt. Fire @ Bamunka – Claude (owner) (CHI_00038661, 38682-38687, 38702) (DO Office from 6/2020) |
| 54 | | | | CHI_00038766 (e200a03a-12d2-463f-a202-c1a31c6f86f1.jpg) (Photograph of DO Office) |
| 55 | | | | CHI_00038660 (07eb7d79-bb64-4915-ab74-129a81f2a9f0.jpg) (Photograph of DO Office  from 6/21/2020) |
| 56 | | | | CHI_00038764 (4439bdb2-85de-4627-8882-2d193698bf54.jpg) (Photograph of DO Office  from 6/21/2020)) |
| 57 | | | | CHI_00038765 (b53b62c3-83be-4103-9ac8-cd9514d9ae09.jpg) (Photograph of DO Office  from 6/21/2020) |
| 58 | | | | CHI_00038767 (f0919464-d629-4d77-93cf-f421f9088447.jpg) (Photograph of DO Office  from 6/21/2020) |
| 59 | | | | CHI_00038763 (347b5e07-3951-4704-9161-1fce8640ca85.jpg) (Photograph of 30,000 receipt from 7/2020) |
| 60 | | | | Partial Extraction Report – chairman temp – Claude (owner) (CHI_00000027, 33-36, 49, 80-81) (Election IED /Accounting Statement 12/2/2020) |
| 61 | | | | CHI_000000204 (2979c1a2-4f78-4fd1-bed7-7c2778f3a087.mp4) (Video of election IED estimate from 12/1/2020) |
| 62 | | | | CHI_000000202 (24733038-ec59-46b8-bc30-b0a437d565ab.jpg) (Photograph of 310K receipt from 12/3/2020) |
| 63 | | | | CHI_000000350 (c2fc11d6-1263-443c-b5f6-aaefad8e3888.jpg) (Photograph of Nov/Dec Statement from 12/2020) |
| 64 | | | | CHI_000000237 (53988630-95d4-4875-a9be-e15ed960eb83.jpg) (Photograph of Langmi request, Chenyi approved $1200 from 1/1/2021) |
| 65 | | | | CHI_000000344 (b3d9ff6c-d613-416e-a459-2bf4001ba590.jpg) (Photograph of Nov/Dec Statement from 12/2020) |
| 66 | | | | CHI_000000438-453 (fb733a5c-1d61-4d9a-b296-f5d3327d299f.docx) (End of Year Statement from 2020) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 67 | | | | CHI_000000253 (8243979b-6154-4989-9bed-ffc69c52a371.jpg) (Photograph of IEDs) |
| 68 | | | | CHI_000000238 (582c8d1e-d0d7-49e2-ae40-63a4f3efb11d.mp4) (Video of firefight with Gen. Sargon) |
| 69 | | | | Partial Extraction Report Individual – chairman temp (CHI_38502-38549, 38574-38575, 38589-38590, 38594-38597, 38608-38610) |
| 70 | | | | CHI_00038655 (d2fc0159-8517-46c5-8efb-fef4dffaf1d9.jpg) (Photograph of rifles and boots) |
| 71 | | | | CHI_00038657 (e6f071cd-8989-4126-83ee-463477b2c0c9.jpg) (Photograph of seized materials) |
| 72 | | | | CHI_00038495 (086faea2-c0d6-40d4-9597-1c19ac72035e.jpg) (Photograph of remotes, relays, batteries, phones, and guns) |
| 73 | | | | CHI_00038499 (95fea8e7-fab1-48db-b86c-abd4ad861541.jpg) (Photograph of transaction receipt) |
| 74 | | | | CHI_00038497 (67cef518-b162-4ec3-9154-316fbb3c758f.docx) (Script for Gen. Sargon speech) |
| 75 | | | | CHI_00038659 (f8b0bf93-d913-4a3e-844a-c0f6887073c7.docx) (Revised Script for Gen. Sargon speech) |
| 76 | | | | CHI_00038656 (d7161c4d-ad6d-4140-aba8-c71e3821cdfd.mp4) (Video of Gen. Sargon giving speech) |
| 77 | | | | CHI_00038500 (bd731f26-dc0c-4fc3-aaf7-9fa07daffcc5.mp4) (Video of ARF marching) |
| 78 | | | | CHI_00038496 (54d68378-d6d4-40e9-9607-183e2ed4369a.mp4) (Video of ARF marching) |
| 79 | | | | CHI_00038658 (f1d144a1-c718-473b-a656-967425dfcb4a.mp4) (Video of ARF motorized) |
| 80 | | | | CHI_00038501 (c219bd1f-83f2-4e94-9e88-f07061ffc081.mp4) (Video of ARF soldiers) |
| 81 | | | | CHI_00038498 (7b0e2e1c-74d8-4f30-aaaf-76cefed22f60.mp4) (Video of Sargon speech with ARF) |
| 82 | | | | Partial Extraction Report – 44 Participant WhatsApp Group (CHI_00024201-24203,24229-24235, 24307, 24310-24311) |
| 83 | | | | RESERVED |
| 84 | | | | CHI_00035090 (c9b476bc-4252-4a3a-a9b8-dcb40b815876.opus) (Audio message from Chenyi) |
| 85 | | | | CHI_00035088 (1ce7346b-8da6-490e-aed1-6d854e930cf9.thumb) (Thumb resolution photo) |
| 86 | | | | Partial Extraction Report – Spoiler's Spokesperson – Claude (owner) (CHI_0002343, 2393-2394) |
| 87 | | | | CHI_00002437 (6fce8199-0140-4cd3-b14b-02a7019fdd9c.mp4) (Gen Fire-10 remotes-20 relays) |
| 88 | | | | CHI_00050371 - Transcript of CHI_00002437 (6fce8199-0140-4cd3-b14b-02a7019fdd9c.mp4) |

Case 4:22-cr-00261-RK    Document 215    Filed 11/29/25    Page 7 of 16

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 89 | | | | CHI_00002452 (88d64fa3-5a14-4abc-9e57-a40df5f7212b.mp4) (Video from General Fire thanking for remotes/relays) |
| 90 | | | | CHI_00050373 - Transcript CHI_00002452 (88d64fa3-5a14-4abc-9e57-a40df5f7212b.mp4) |
| 91 | | | | Partial Extraction Report – Individual – Claude (owner) (CHI_0002854, 2866-2878, 2890) (Chat about agric sticks) |
| 92 | | | | CHI_00035092 (74448424-6699-462b-9341-4f4b284d7bd7.jpg) (Photograph of Chenyi approval of requisition for 25 IEDs) |
| 93 | | | | CHI_00002945 (4a1c0dd5-9efd-4290-a560-2563494a582e.jpg) (Photograph of banking information) |
| 94 | | | | CHI_00002969 (d1af9aaf-af13-48de-b8cb-65eecea9060e.jpg) (Photograph of currency converter) |
| 95 | | | | CHI_00035097 (f6028d6b-d04a-4cee-989e-943495d03cb7.jpg) (Photo of 1M transfer to Dona) |
| 96 | | | | CHI_00035093 (80b4a374-528b-4bf7-87dd-9633376eb7e6.jpg) (Photograph of 500K transfer to Dona) |
| 97 | | | | CHI_00035094 (9ec85f72-e440-4aa5-a7bb-36c4048c8ac1.jpg) (Photo of 500K transfer to Dona) |
| 98 | | | | CHI_00035095 (ce372b36-158f-47d3-b516-bb75fae08435.jpg) (Photograph of AK47s) |
| 99 | | | | Partial Extraction Report – Frank (owner) – General Spoiler @ Bamali (CHI_00035098, 35102-35110) (Chat related to kidnapping of the Fon) |
| 100 | | | | CHI_00038771 - VID-20201106-WA0016.mp4 (Video of interrogation) |
| 101 | | | | RESERVED |
| 102 | | | | Partial Extraction Report – Chenyi (Ngoketunjia County) - Individual - Chenyi (CHI_00038182-38185, 38206-38208, 38218, 38222-38224, 38229, 38234, 38237-38339, 38267-00038271, 38425-38426) (Election Popcorn chat/Arms sales) |
| 103 | | | | CHI_00038177 (IMG-20210123-WA0006.jpg) (Photograph of Cashapp transfer $300) |
| 104 | | | | CHI_00038178 (IMG-20210123-WA0007.jpg) (Photograph of Cashapp transfer $500) |
| 105 | | | | CHI_00027086 - IMG-20220316-WA0152.jpg (Photograph of itemized costs) |
| 106 | | | | CHI_00038181 (Ngo_FUNDS REQUISITION FORM FOR MARSHAL 4 POPCORN SHAO MAO 29 JUNE 2021.pdf (Photograph of requisition for 4 IEDs) |
| 107 | | | | CHI_00038179 (IMG-20210630-WA0009.jpg) (Photograph of Chenyi signed form for 4 IEDs) |
| 108 | | | | Partial Extraction Report – Chenyi (Ngoketunjia County) – Individual (CHI_00043914-43916) (Chat for 310K IED Payment) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 109 | | | | CHI_00027086 (IMG-20201203-Wa0006.jpg) (Thumbnail) |
| 110 | | | | Partial Extraction Report – Frank (owner) – Individual (CHI_00043917, 44011-44013) (Chat regarding kidnapping of Fon) |
| 111 | | | | (CHI_00027086) VID-20201106-WA0063.mp4 (Thumbnail of Fon Video) |
| 112 | | | | (CHI_00027086) VID-20201106-WA0064.mp4 (Thumbnail of Fon video) |
| 113 | | | | (CHI_00027086) VID-20201110-WA0029.mp4 (Thumbnail of video) |
| 114 | | | | (CHI_00027086) VID-20201110-WA0026.mp4 (Thumbnail of video) |
| 115 | | | | Partial Extraction Report – Langmi – The Engineer (CHI_00034055-34066, 34070-34079, 34081-34089, 34096-34115, 34120, 34124-34128, 34135-34136, 34138-34146, 34148-34149, 34184, 34191, 34195-34197, 34209, 34211-34218, 34227-34242, 34245-34247, 34254-34262, 34274-34290, 34292-34294, 34303-34307, 34310-34314, 34337-34350) (Langmi/Engineer IED/RPG development) |
| 116 | | | | CHI_00034550 (26e5436b-6b2f-4a45-b967-225f2ba77705.jpg) (Photograph of AFCON) |
| 117 | | | | CHI_00034636 (6dc29f01-3355-4970-a42f-b4195ab63f4c.mp4) (Video of RPG prototype) |
| 118 | | | | CHI_00034770 (d36e3d73-80f0-49e4-bb4e-445742500d5b.jpg) (Photograph of apparent RPG) |
| 119 | | | | CHI_00034612 (56298e3a-7213-4c79-8dd8-b380461d02d3.mp4) (Video of news story sent by HK about 2021 AFCON Security) |
| 120 | | | | CHI_00034613 (57407743-77cb-4e4d-9c9f-21bacc68fdf9.mp4) (Video of apparent RPG) |
| 121 | | | | CHI_00034694 (9bb9072e-24d5-47c6-ac5f-63cef64608f5.mp4) (Video of apparent RPG) |
| 122 | | | | CHI_00034546 (235b1e9f-e848-4214-8fbf-ab9d8002ee5c.jpg) (Photograph of IEDs) |
| 123 | | | | CHI_00034554 (291c5e5e-fded-44ab-980e-35a3702c6b00.opus) (Audio message from Langmi discussing payment and IEDs) |
| 124 | | | | CHI_00050367 - Transcript 291c5e5e-fded-44ab-980e-35a3702c6b00.opus |
| 125 | | | | CHI_00034668 (87601025-64e7-4905-8efb-756f1d78c73b.jpg) (Photograph of AFCON increased security message) |
| 126 | | | | CHI_00034513 (0dda6da5-9640-4dfe-a68e-c827b7b17932.opus) (Langmi audio message about attack and propaganda) |
| 127 | | | | CHI_00050364 - Transcript 0dda6da5-9640-4dfe-a68e-c827b7b17932.opus |
| 128 | | | | CHI_00034809 (fb4c4946-cdac-45e9-9bc8-2230df437d99.mp4) (Video of apparent RPG launch) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 129 | | | | CHI_00034523 (189c6369-e29b-4d29-b662-1d93574c3391.opus) (Langmi audio message regarding mass production of RPGs) |
| 130 | | | | CHI_00050365 - Transcript 189c6369-e29b-4d29-b662-1d93574c3391.opus |
| 131 | | | | CHI_00034501 (07c71d21-43c7-4db5-8a24-30aeda183deb.opus) |
| 131a | | | | CHI_00050356 (Clip of 07c71d21-43c7-4db5-8a24-30aeda183deb.opus) |
| 132 | | | | CHI_00050363 - Transcript of Clip of 07c71d21-43c7-4db5-8a24-30aeda183deb.opus |
| 133 | | | | CHI_00034537 (1f9a6e02-7e53-47eb-abda-fbbfea8345ec.opus) |
| 134 | | | | CHI_00050366 - Transcript 1f9a6e02-7e53-47eb-abda-fbbfea8345ec.opus |
| 135 | | | | CHI_00034683 (9648f68a-0c34-4607-9329-2fea97955029.opus) |
| 135a | | | | CHI_00050360 (Clip of 9648f68a-0c34-4607-9329-2fea97955029.opus) |
| 136 | | | | CHI_00050374 - Transcript of Clip of 9648f68a-0c34-4607-9329-2fea97955029.opus (Langmi audio message requesting test RPG and a video) |
| 137 | | | | CHI_00034704 (a6008392-bae2-4d5b-b630-05d756a62f70.mp4) (Video of apparent IED) |
| 138 | | | | CHI_00034577 (3b2c8867-07f5-4c32-98d5-ea928d41bbe2.mp4) (Video of apparent IED detonation) |
| 139 | | | | CHI_00034611 (55e30bdd-b85b-4c25-b97d-f6265fae147d.mp4) (Video of completed apparent IED) |
| 140 | | | | CHI_00034774 (d695187e-b06e-4364-8200-7d87faddbf19.jpg) (Photograph from Langmi of receipt for 500,000cfa) |
| 141 | | | | CHI_00034528 (1ac90c72-3387-4971-90e4-99124dc982bd.jpg) (Photograph from Langmi of receipt for 25,000cfa) |
| 142 | | | | CHI_00034626 (635d7d0c-2909-4613-b0c2-d62371d59c93.opus) |
| 142a | | | | CHI_00050351 (Clip of 635d7d0c-2909-4613-b0c2-d62371d59c93.opus) |
| 143 | | | | CHI_00050370 - Transcript of Clip of 635d7d0c-2909-4613-b0c2-d62371d59c93.opus (Audio message from Engineer thanking Langmi for money transfer) |
| 144 | | | | CHI_00034627 (64e2467a-9da8-483c-a427-c6abebb5d7a4.jpg) (Photograph of Operation Bleed fund drive) |
| 145 | | | | CHI_00034659 (80959f7e-088d-4916-8b83-70b03bc495ec.opus) |
| 145a | | | | CHI_00050359 (Clip of 80959f7e-088d-4916-8b83-70b03bc495ec.opus) |
| 146 | | | | CHI_00050372 - Transcript of Clip of 80959f7e-088d-4916-8b83-70b03bc495ec.opus (Audio messaage of Langmi stating his name and location) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 147 | | | | CHI_00034568 (35bc3873-8e62-4636-b7a6-d242d211c872.opus) |
| 147a | | | | CHI_00050357 (Clip of 35bc3873-8e62-4636-b7a6-d242d211c872.opus) |
| 148 | | | | CHI_00050368 - Transcript of Clip of 35bc3873-8e62-4636-b7a6-d242d211c872.opus |
| 149 | | | | CHI_00034632 (69dc9952-85f2-4ba6-bf22-1dd804527c6b.mp4) (Video of apparant RPG launchers) |
| 150 | | | | CHI_00034690 (9a56523e-25a0-4005-a18c-a0d03726df77.opus) |
| 150a | | | | CHI_00050361 (Clip of 9a56523e-25a0-4005-a18c-a0d03726df77.opus) |
| 151 | | | | CHI_00050375 - Transcript of Clip of 9a56523e-25a0-4005-a18c-a0d03726df77.opus (Langmi voice message from March 2022 ) |
| 152 | | | | CHI_00034687 (97e2329f-a983-45b7-9afd-7136982c2706.mp4) (Video of apparent RPG prototype) |
| 153 | | | | CHI_00034686 (9730800d-fbcb-4fef-9cd7-6b4cb1f5613d.mp4) (Video of apparent RPG prototype) |
| 154 | | | | CHI_00034714 (aa1f805e-22ad-42cf-9004-0f18e074a72c.mp4) (Video of apparent RPG prototype) |
| 155 | | | | CHI_00034726 (b3ba678e-dc33-46b4-a54d-ecb50a84856b.jpg) (Photograph of apparent RPG) |
| 156 | | | | CHI_00034535 (1df2b9f5-2fff-4979-a858-530f768f2ea9.mp4) (Video of apparent RPG) |
| 157 | | | | CHI_00034750 (c6a399fb-5dd4-47c0-8322-adaed44689d8.mp4) (Video of RPG firing) |
| 158 | | | | CHI_00034711 (a953730d-a290-471a-8d16-185c4f929982.mp4) (Video of RPG test) |
| 159 | | | | CHI_00034600 (4b7d58f8-0df1-47ee-900b-f2103a3c6134.mp4) (Video of apparent mortar) |
| 160 | | | | CHI_00034624 (6254411f-0404-4219-beec-e3b50b4aec80.opus) |
| 161 | | | | CHI_00050369 - Transcript 6254411f-0404-4219-beec-e3b50b4aec80.opus (Engineer audio message discussing delay in production) |
| 162 | | | | CHI_00034802 (f2939198-d040-4f88-9ff6-e2ce42530248.opus) |
| 162a | | | | CHI_00050362 (Clip of f2939198-d040-4f88-9ff6-e2ce42530248.opus) |
| 163 | | | | CHI_00050376 - Transcript of Clip of f2939198-d040-4f88-9ff6-e2ce42530248.opus (Langmi audio message expressing excitement about RPG manufacturing) |
| 164 | | | | Partial Extraction Report – Langmi – Frank Chairman (CHI_00035812, 35823-35824, 35913-35915, 35922-35924, 35934-35937, 36254, 36256, 36334-36335, 36439-36443) (Chat about Fon arrest/Engineer tests) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 165 | | | | CHI_00036548 (64a12857-5638-4a05-9c77-f480fd44bd3e.jpg) (Photograph of IEDs) |
| 166 | | | | CHI_00035811 (4861e9a3-fe7b-4a38-8f6f-2b625a06fde7.jpg) (Photograph of soccer scores) |
| 167 | | | | CHI_00035810 (15ad81f3-71ee-4fba-b131-dd5e9f9b721a.jpg) (Photograph in purple background regarding kidnappings) |
| 168 | | | | Partial Extraction Report – Langmi – Chenyi (Chenui) (CHI_00036549, 37443-37445) |
| 169 | | | | CHI_00027084 (26b737db-dd4b-4e01-bb91-463d535687a7.opus) |
| 170 | | | | CHI_00027084 (8efa945b-fe29-494a-8c73-eade3617c23e.opus) |
| 171 | | | | Partial Extraction Report – Langmi – Individual (CHI_00035130, 35403, 35405, 35410, 35568-35587) |
| 172 | | | | Partial Extraction Report – Langmi – Individual (CHI_00037492, 38165-38166, 38171) |
| 173 | | | | RESERVED |
| 174 | | | | CHI_00037490 (de996f4f-4df9-4fa8-8daa-1f21abf32af3.jpg) (Photograph from DO, Limbe about AFCON Checkpoints) |
| 175 | | | | CHI_00038770 (872b9b08-fa4e-4b33-a1b4-09011fa4f97b.mp4) (Video of Cardinal Tumi from Exhibit 1 First Extraction) |
| 176 | | | | CHI_00038768 (1aa7980f-cff9-4aa4-9d39-8469370b81c3.mp4) (Video of Cardinal Tumi from Exhibit 1 First Extraction) |
| 177 | | | | CHI_00038771 (8ecb2e20-2e7f-4c15-a354-e1ed067e2250.mp4) (Video of Fon questioning from Exhibit 1 First Extraction) |
| 178 | | | | Partial Extraction Report – Langmi – Chenyi (Ngokentunjia County) |
| 179 | | | | CHI_00033403 (Langmi Facebook Video re FON) |
| 180 | | | | CHI_00033404 (Undaunted Video of Chenyi speaking – Complete) |
| 180a | | | | CHI_00044406 (Clip of Undaunted Video of Chenyi speaking about IEDs - time stamp 1:15:00-1:17:15) |
| 180b | | | | CHI_00044407 (Clip of Undaunted Video of Chenyi speaking about IEDs - time stamp 1:19:20-1:19:30) |
| 181 | | | | CHI_00050379 (Transcript of Undaunted Video – Complete) |
| 181a | | | | CHI_00050377 (Transcript of Undaunted Video - time stamp 1:15:00-1:17:15) |
| 181b | | | | CHI_00050378 (Transcript of Undaunted Video - time stamp 1:19:20-1:19:30) |
| 182 | | | | CHI_00043913 (IMG_1848) (Video of Gen. Sargun IED attack from Exhibit 1 Second Extraction) |
| 183 | | | | CHI_00043910 (IMG_0566) (Video of Gen Sargun and Gen. Fire IED attack Exhibit 1 Second Extraction) |
| 184 | | | | CHI_00043909 (IMG_0525) (Video of Gen. Fire demonstrating RPG on vehicle from Exhibit 1 Second Extraction) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 185 | | | | RESERVED |
| 186 | | | | CHI_00043912 (IMG_0786) (Video of IED attack from Exhibit 1 Second Extraction) |
| 187 | | | | CHI_00043911 (IMG_0654) (Video of IED attack from Exhibit 1 Second Extraction) |
| 188 | | | | RESERVED |
| 189 | | | | IMG_0566 (Chi Second Extraction) |
| 190 | | | | IMG_0638 (Chi Second Extraction) |
| 191 | | | | 983e1068-288a-4206-9059-059b2b69a5cf.mp4 (Exhibit 1 Second Extraction) |
| 192 | | | | CHI_00034744 (c2bc4c6a-1001-4bf3-b2a3-207467983a0e.jpg) (Photograph of deceased individual and car from attack from Government's Exhibit 115) |
| 193 | | | | CHI_00050417 (Partial Extraction from Frank (owner) (816) – Dona - photograph of chat from 11/7/2020 regarding payment during Fon kidnapping) |
| 194 | | | | CHI_00050418 (Partial Extraction – Frank (owner) (816) – Dona - photograph of chat re 25 popcorn project on 5/10/2020) |
| 195 | | | | CHI_00050419 (Partial Extraction – Frank (owner) (816) – Dona - of chat from 5/22/2020 regarding 25 popcorn project on 5/22/2020) |
| 196 | | | | CHI_00050420 (Partial Extraction – Frank (owner) (816) – Dona – photograph of chat re popcorn bottles 25 big and 4 small on 6/24/2020) |
| 197 | | | | CHI_00050421 (Partial Extraction – Frank (owner) (816) – Dona – photograph of chat re County Popcorn Project on 6/25/2020) |
| 198 | | | | RESERVED |
| 199 | | | | CHI_000 (Partial Extraction Chenyi (816) – Comrade Langmi Nestor – Pls send 750k to 672165538 Tafili beltus) |
| 200 | | | | RESERVED |
| 201 | | | | RESERVED |
| 202 | | | | CHI_00044791-00408 (Filings and sealed filings in USA v. Chi et al) |
| 203 | | | | CHI_00034054 (Photograph from Wikipedia re: Limbe Stadium) |
| 204 | | | | CHI_00034053 (Photograph from Wikipedia re Limbe Stadium) |
| 205 | | | | RESERVED |
| 206 | | | | CHI_00033264-33279 (Jack Barrow, PhD CV) |
| 207 | | | | Stipulation re: Business Records |
| 208 | | | | Stipulation re: Digital Evidence Stipulation |
| 209 | | | | Stipulation re: Translation Transcript |
| 210 | | | | CHI_00010396-10398 (Ebay Records) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 211 | | | | CHI_00010395 (Ebay Bidding Report - francis.chenyi) |
| 212 | | | | CHI_000033410 (Ebay Certificate of Authentication - francis.chenyi) |
| 213 | | | | RESERVED |
| 214 | | | | RESERVED |
| 215 | | | | CHI_00044772-44776 (PayPal Certificate of Authentication) |
| 216 | | | | CHI_00013099 (Square CashApp Records – Chi) |
| 217 | | | | CHI_00013097 (Square CashApp Certificate of Records – Chi) |
| 218 | | | | CHI_00010613-10614 (Square CashApp Records – Chenyi) |
| 219 | | | | CHI_00013108 (Square Certificate of Records – Chenyi) |
| 220 | | | | RESERVED |
| 221 | | | | CHI_00013110 (Square CashApp Return – Chenyi) |
| 222 | | | | RESERVED |
| 223 | | | | CHI_00010402-10404 (PayPal Grand Jury Subpoena – Chi and Chenyi) |
| 224 | | | | RESERVED |
| 225 | | | | CHI_00033401 (ABC Ambazonia – FRA WEEKLY DEFENSE BRIEFING WITH COMRADE PAU.mp4) |
| 225a | | | | Combined Clips of CHI_00033401 (Time Stamps 16:10 – 16:30 and 23:35 – 24:40) |
| 226 | | | | CHI_00027267 (Photograph of Remotes from Exhibit 7 First Extraction) |
| 227 | | | | CHI_00027270 (Photograph of Items from Exhibit 7 First Extraction) |
| 228 | | | | CHI_00027274 (Photograph of Remotes and Battery from Exhibit 7 First Extraction) |
| 229 | | | | CHI_00027402 (Photograph of Gas Bottles from Exhibit 7 First Extraction) |
| 230 | | | | CHI_00027473 (Photograph of Gas Bottles from Exhibit 7 First Extraction) |
| 231 | | | | CHI_00027489 (Photograph of Gas Bottles from Exhibit 7 First Extraction) |
| 232 | | | | CHI_00027502 (Photograph of Cell Phone and Wires from Exhibit 7 First Extraction) |
| 233 | | | | CHI_00027455 (Photograph of Popcorn Expenses from Exhibit 7 First Extraction) |
| 234 | | | | CHI_00027466 (Photograph of Fako Popcorn Project Requisition from Exhibit 7 First Extraction) |
| 235 | | | | CHI_00027537 (Photograph of Grenades from Exhibit 7 First Extraction) |
| 236 | | | | CHI_00027544 (Photograph of Plastic Bottle IED from Exhibit 7 First Extraction) |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 237 | | | | CHI_00013429 (WorldRemit Transactions - Francis Chenyi (WR661570/fchenyi@yahoo.com/8169162425)) |
| 238 | | | | CHI_00013417 (WorldRemit GJ Subpoena) |
| 239 | | | | CHI_00050423 (WorldRemit Records Declaration) |
| 240 | | | | RESERVED |
| 241 | | | | CHI_00010508 (PayPal TransactionLog-1327049785131749590-1621906776 (Francis Chenyi /ngoketunjiacounty@gmail.com Account)) |
| 242 | | | | CHI_00010557 (PayPal TransactionLog-2216155177166430973-1621910735 (Francis Chenyi /ambaspecialprojects@gmail.com Account)) |
| 243 | | | | CHI_00010560 (PayPal TransactionLog-1380621684974161403-1621883232 (Claude Chi/claudechi2004@gmail.com Account)) |
| 244 | | | | CHI_00010507 (PayPal TransactionLog- 1256232363958671690-1621912697 (Francis Chenyi /fchenyi@yaooo.com Account)) |
| 245 | | | | CHI_00010520 (PayPal Account Summary-1327049785131749590-1621906776 (Francis Chenyi /ngoketunjiacounty@gmail.com Account)) |
| 246 | | | | CHI_00010526 (PayPal Account Summary-2216155177166430973-1621910735 (Francis Chenyi /ambaspecialprojects@gmail.com Account)) |
| 247 | | | | CHI_00010535 (PayPal Account Summary-1380621684974161403-1621883232 (Claude Chi/claudechi2004@gmail.com Account)) |
| 248 | | | | CHI_00010483 (PayPal Account Summary-1256232363958671690-1621912697 (Francis Chenyi /fchenyi@yahoo.com Account)) |
| 249 | | | | CHI_00050452 (Summary Exhibit – WorldRemit – Francis Chenyi) |
| 250 | | | | CHI_00050424 (Summary Exhibit – WorldRemit – Claude Chi) |
| 251 | | | | CHI_00050451 (Financial Summary) |
| 252 | | | | CHI_00050425-50450 (Images) |
| 253 | | | | CHI_00050455-50457 (Partial Extraction Langmi-Individual) |
| 254 | | | | CHI_00050453 (Receipt Image-25,000 FCFA) |
| 255 | | | | CHI_00050454 (Receipt Image-500,000 FCFA) |
| 256 | | | | CHI_00044397-44400 (John Hessler CV) |
| 257 | | | | CHI_00044405 (Report about video location) |
| 258 | | | | CHI_00033412-33429 (Report on Anglophone Separatism) |
| 259 | | | | CHI_00033280-33304 (Hazardous Device Report) |
| 260 | | | | Map of Cameroon |
| 261 | | | | Map of Northwest Region of Cameroon |
| | | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

14